RECEIVED

JAN 1 4 2016

JAN 14 2016
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Levi E. Manning Jr

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jack Shaw

1:16-cv-00508
Judge Charles R. Norgle, Sr
Magistrate Judge Susan E. Cox

Case N _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: _____

    B. List all aliases: _____None_____

    C. Prisoner identification number: ____None_____

    D. Place of present confinement: ____N/A_____

    E. Address: ____N/A_____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: ____Jack Shaw_____

        Title: ____Owner of vehicle_____

        Place of Employment: ____Unk._____

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _None_

    B. Approximate date of filing lawsuit: _N/A_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

    D. List all defendants: _N/A_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

    F. Name of judge to whom case was assigned: _N/A_

    G. Basic claim made: _N/A_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

    I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) On or about April 24, 2014 while riding home in a vehicle with friends when making a right turn on 95th and State

2) Defendant Shaw Driving Under the influence and driving over the speed limit crashed into our vehicle resulting in serious injury to all occupants.

3) Plaintiff suffered injury to his Spinal Cord, broke leg and hand 3 he lost his job and residence and he is in great personal debt due to defendant(s) lawlessness

4) Defendant entered a plea of guilt June 12, 2015 to DUI, etc.

5) Defendant violated the Federal and State Constitutional rights and

Revised 9/2007

Federal and State Law

6) Plaintiff seek leave to amend complaint

I

LEGAL CLAIMS COUNT I

7) Defendant(s) acts and omissions deprived plaintiff of his Federal Constitutional Rights to Due Process equal Protection of the law and subjected him to cruel and unusual punishment

II

8) Defendants' acts and omissions deny plaintiff of his rights under the Illinois State Constitutional

III

9) Defendant(s) acts and omissions deprives plaintiff of rights retained under Illinois State Law.

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A) Compensatory damages of $250,000.00 assessed against the defendant; B) Punitive damages of $250,000.00 assessed against defendant; C) Defendant pay reasonable Attorney fees; D) Defendant pay all costs of this action E) Any additional Orders this Court deems equitable, proper and just.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5th day of Jan, 20 16

Levi E. Manning Jr.
(Signature of plaintiff or plaintiffs)

Levi E. Manning Jr
(Print name)

_____
(I.D. Number)

15034. Irving Dolton, IL 60419
(Address)

6

Revised 9/2007